# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

| | |
|---|---|
| SOUTHERN, CALVIN & CHARLENE | CASE NO: 16-43104 |
| | CHAPTER: 13 |
| | JUDGE: Tucker |

      **Debtor(s)**    /
**SOUTHERN, CALVIN & CHARLENE**
          **Plaintiff,**

v.                               Adv Proc. No.

**CREDIT UNION ONE**
            **Defendant.**    /

## COMPLAINT TO AVOID SECURITY INTERESTS IN REAL PROPERTY

    **NOW COME** Plaintiff, by and through her attorney, HS&A, P.C., state the following complaint:

1. Plaintiffs bring this complaint pursuant to 11 U.S.C. § 506, and submit themselves to jurisdiction of this Court through Fed. R. Bankr. P. § 7001 and § 7004

2. Debtors filed a Voluntary Chapter 13 with this court on or about March 3, 2016.

3. That the Debtors hold two separate mortgages on their principal residence located at 28526 San Marino Drive, Southfield, MI 48034 legally described as follows:
LOT 76 SAN MARINO VILLAS SUBDIVISION NO.1 AS RECORDED IN LIBER 83, PAGE(S) 18 OF PLATS, OAKLAND COUNTY RECORDS

4. The property has a value of approximately $62,720.00, according to Debtors' Schedules, State Equalized Value and/or appraisal of the home in the near area.

5. That the first mortgage is held by Seterus, Inc. which the principal amount owed is approximately $189,339.00.

6. The second mortgage is held by Credit Union One which the principal amount owed is approximately $35,030.25.

7. The Debtor is entitled to avoid the claimed security interest of Credit Union One in the Debtors' property for the amount of $35,030.25 under the provisions of 11 U.S.C. 506, as this Defendant's lien is not an "allowed secured claim" as defined by the Code and applicable case law.

8. Therefore, Defendant does not have a valid lien or security interest in Debtor's residence and is, instead, a General Unsecured Creditor whose claim will be paid as a Class 8 creditor.

WHEREFORE, Debtor prays this Honorable Court grant Debtor's requested relief to Avoid Security Interest and Lien in Property, or for such other relief as this Court deems just.

Respectfully submitted,

/S/  Marguerite Hammerschmidt
Marguerite Hammerschmidt (P53908)
Attorney for Debtors/Plaintiffs
123 South Main Street, Suite 110
Royal Oak, MI 48067
(248) 988-8335
admin@hammer-stick.com

Dated: March 9, 2016