## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

SOUTHERN, CALVIN & CHARLENE            CASE NO: 16-43104
                                       CHAPTER:    13
                                       JUDGE:      Tucker

_____Debtor(s)_____/
SOUTHERN, CALVIN & CHARLENE

                    Plaintiff,
v.                                     Adv Proc. No. 16-04268

CREDIT UNION ONE

_____Defendant._____/

### REPORT OF PARTIES' RULE 26(f) CONFERENCE

Pursuant to Fed. R. Bank. P. 7026 and Fed. R. Civ. P. 26(f), a conference was held on May 3rd, 2016 by telephone  and the following parties participated in this report:

Marguerite Hammerschmidt, attorney for Plaintiffs

Christopher Frank, attorney for Defendant, Credit Union One

This is submitted as the required report of that conference.

(1)    Initial Disclosures required by Fed. R. Civ. P. 26(a)(1)

☐    The parties will provide such by _____ or

X    The parties agree to waive such requirement

(2)    Discovery Plan. The parties jointly propose to the Court the following discovery plan in conformance with Fed.R.Civ.P. 26(f)(3):

(a)    Discovery will be needed on the following subjects:  valuation of subject property and all other allegations and defenses/affirmative defenses stated in the Complaint and Answer.

(b)    All discovery commenced in time to be completed by June 1, 2016.

(c)    Maximum of 10 interrogatories by each party to any other party. [Responses due 30 days after service.]

(d)    Maximum of 20 requests for admission and 20 requests for production of documents by each party to any other party. [Responses due 30 days after service.]

(e)    Maximum of 2 depositions by plaintiff(s) and 2 depositions by defendant(s).

(f)    Each deposition limited to maximum of 4 hours unless extended by agreement of parties.

(g)    Reports from retained experts under Rule 26(a)(2) due:

   i.    From Plaintiff(s) by June 15, 2016, and

   ii.    From Defendant(s) by June 15, 2016.

(h)    Supplementations under Rule 26(e) due by June 15, 2016.

(i) Discovery of electronically stored information

   (i) The adversary proceeding does ___does not _X__ involve the discovery of electronically stored information.

   (ii)    Pursuant to E.D. Mich.LBR 7026-4, the Model Order Relating to the Discovery of Electronically Stored Information approved by the District Court will ___ will not _X__ apply.

(3)   Other Agreed Upon Items.

   (a)    Plaintiff(s) should be allowed until June 15, 2016 to join additional parties and until June 15, 2016 to amend the pleadings.

- (b) Defendant(s) should be allowed until June 15, 2016 to join additional parties and until June 15, 2016 to amend the pleadings.

- (c) All potentially dispositive motions should be filed by July 1, 2016.

- (d) The proceeding should be ready for trial by July 2016. The trial is expected to take approximately one-half (1/2) day.

- (e) <u>Jury Trial Matters</u>

  - (i) A jury was not timely demanded and is waived.
  - (ii) The parties consent to the Bankruptcy Court conducting the jury trial

- (f) The parties agree this is a core proceeding.

- (g) The parties consent to the Bankruptcy Court entering a final order or judgment in this proceeding;

(4) <u>Other matters</u>.  NONE

(5) <u>Matters not agreed upon or insufficiently addressed by the foregoing:</u>
NONE

/s/ Marguerite Hammerschmidt
**Marguerite Hammerschmidt** (P53908)
Attorneys for Plaintiff
123 South Main Street
Suite 110
Royal Oak, MI 48067
(248) 988-8335
admin@hammer-stick.com

/s/Christopher Frank
Christopher Frank (P67169)
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
(248) 268-2664
cfrank@theleducgroup.com

Dated: May 9, 2016